UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
JASON CASEY                         )
                                    )     Case Number: 09-1968
        Plaintiff                   )
                                    )     CIVIL ACTION
        vs.                         )
                                    )
LTD FINANCIAL                       )
SERVICES, LP                        )
                                    )
        Defendant                   )
_____)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, JASON CASEY, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

                BY: _/s/_ Brent F. Vullinvgs
                    Brent F. Vullings, Esquire
                    Attorney for Plaintiff
                    Attorney I.D. #92344
                    Warren & Vullings, LLP
                    1603 Rhawn Street
                    Philadelphia, PA  19111
                    215-745-9800